NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | NO. C 04-04143 JW |
| Plaintiff(s), | **ORDER CLARIFYING CASE SCHEDULE** |
| v. | |
| VISA INTERNATIONAL SERVICES ASSOCIATION, | |
| Defendant(s). | |

Recognizing that the Court did not give the parties as much direction with regard to the case schedule as it would otherwise give during the February 14, 2005 hearing on Defendant's Motion to Dismiss and Case Management Conference, the Court issues this Order clarifying the case schedule. It is the intention of the Court to first determine the nature of the license agreement between the parties, followed by a determination of any potential patent infringement. To this end, the Court deferred the application of the Patent Local Rules with respect to the patent disclosures triggered by the initial case management conference until the April 18, 2005 Case Management Conference, during which time the Court will issue a more comprehensive case schedule.

//

//

//

//

//

The Court continues to ask the parties to reserve the dates set for the case tutorial and claim construction hearing so as to not prejudice the parties who may wish to obtain a construction of the claims early in the litigation.  The May 2, 2005 hearing on this matter is vacated.

Dated: March 24, 2005

04cv4143clar

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra V. Percy apercy@hansonbridgett.com
Darren E. Donnelly ddonnelly@fenwick.com
David Douglas Schumann dschumann@fenwick.com
Garner K. Weng gweng@hansonbridgett.com
J. David Hadden dhadden@fenwick.com
Laurie Michelle Charrington lcharrington@fenwick.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael A. Duncheon mduncheon@hansonbridgett.com

Dated: March 24, 2005            Richard W. Wieking, Clerk


                                 By: /jwchambers/
                                     Ronald L. Davis
                                     Courtroom Deputy

**United States District Court**
For the Northern District of California