LYNN H. PASAHOW (CSB No. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
ddonnelly@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
dschumann@fenwick.com
LAURIE CHARRINGTON (CSB No. 229679)
lcharrington@fenwick.com
RYAN A. TYZ (CSB No. 234895)
rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff,
CRYPTOGRAPHY RESEARCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. C 04-04143 JW (HRL) |
| Plaintiff, | MANUAL FILING NOTIFICATION |
| v. | Judge: Hon. Howard R. Lloyd |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | |

Regarding: **CRYPTOGRAPHY RESEARCH, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S PATENT LOCAL RULES AND PRIOR SCHEDULING ORDERS.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

MANUAL FILING NOTIFICATION — CASE NO. C 04-04143 JW (HRL)

1. This filing was not efiled for the following reason(s):
2. ___ Voluminous Document (PDF file size larger than efiling system allowances)
3. ___ Unable to Scan Documents
4. ___ Physical Object (description): _____
5. ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
6. _X_ Item Under Seal
7. ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
8. ___ Other (description): _____

Dated:  June 14, 2005                    FENWICK & WEST LLP


By: /s/ J. DAVID HADDEN
        J. David Hadden

Attorneys for Petitioners
CRYPTOGRAPHY RESEARCH, INC.