1   [List of Counsel appears on Last Page]

*E-filed 6/27/05*

2

3

4

5

6

7

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10   SAN JOSE DIVISION

11   CRYPTOGRAPHY RESEARCH, INC.,

| | |
|---|---|
| Plaintiff, | Case No. 5:04-CV-04143-JW (HRL) |

12   Plaintiff,

13   v.

14   VISA INTERNATIONAL SERVICE
    ASSOCIATION,

15

16   Defendant.

Case No. 5:04-CV-04143-JW (HRL)

**STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE FOR PLAINTIFF'S
MOTION TO ENFORCE THE COURT'S PATENT
LOCAL RULES AND PRIOR SCHEDULING
ORDERS**

The Honorable Howard R. Lloyd

17

18   IT IS HEREBY STIPULATED AND AGREED by and between counsel in the above-

19   entitled matter, pursuant to Local Rules 6-1 and 7-7, that the present hearing date on

20   Cryptography Research, Inc.'s ("CRI") Motion to Enforce the Court's Patent Local Rules,

21

22   currently scheduled for July 19, 2005, shall be continued on the Court's calendar to July 26, 2005,

23   at 10:00 a.m.  The parties further stipulate that the briefing scheduling for CRI's Motion shall be

24   modified as follows:  Visa International Services Association ("VISA") shall file and serve its

25   Opposition, if any, by July 1, 2005 and CRI shall file and serve a Reply by July 12, 2005.

26   / / /

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE

CASE NO. 5:04-CV-04143-JW (HRL)

1

## **ATTESTATION**

2

Concurrence in the filing of this document has been obtained from the other signatories.

3

DATED:  June 20, 2005                           By:                    /s/Ryan Tyz

4

FENWICK & WEST LLP
5
Lynn H. Pasahow (CSB No. 054283)
J. David Hadden (CSB No. 176148)
6
Darren E. Donnelly (CSB No. 194335)
David D. Schumann (CSB No. 223936)
7
Ryan A. Tyz (CSB No. 234895)
Silicon Valley Center
8
801 California Street
Mountain View, CA  94041
9
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200
10

Attorneys for Plaintiff
11
Cryptography Research, Inc.

12

DATED:  June 20, 2005                           By:                    /s/Garner K. Weng
13

HANSON, BRIDGETT, MARCUS,
14
VLAHOS & RUDY LLP
Garner K. Weng (CSB No. 191462)
15
Martin F. Majestic (CSB No. 046954)
Michael A. Duncheon (CSB No. 065682)
16
Alexandra V. Percy (CSB No. 227251)
333 Market Street, 21st Floor
17
San Francisco, CA 94105
Telephone:  (415) 777-2173
18
Facsimile:   (415) 541-9366

19
Attorneys for Defendant
Visa International Service Association
20

21

Pursuant to the above Stipulation,
22

IT IS SO ORDERED.
23

24
DATED:  June  27 , 2005                                 /s/ Howard R. Lloyd
The Honorable Howard R. Lloyd
25
United States District Court Magistrate

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE                    2                    CASE NO. 5:04-CV-04143-JW (HRL)