LYNN H. PASAHOW (CSB No. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
ddonnelly@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
dschumann@fenwick.com
RYAN A. TYZ (CSB No. 234895)
rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff,
CRYPTOGRAPHY RESEARCH, INC.

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. C 04-04143 JW (HRL) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXTEND DATE TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | Judge: Hon. James Ware |

The Court herby GRANTS Plaintiff Cryptography Research, Inc.'s Miscellaneous Administrative Request to Extend Date to File Joint Claim Construction and Prehearing Statement ("Joint Statement") under Patent L.R. 4-3. The parties shall prepare and file the Joint Statement pursuant to the Court's Patent Local Rules no later than Friday, August 12, 2005.

IT IS SO ORDERED

Dated: August 9, 2005

By: /s/ James Ware
Honorable James Ware
United States District Judge

[PROPOSED] ORDER

Case No. C 04-04143 JW (HRL)

1