IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cryptography Research Inc., | NO. C 04-04143 JW |
| Plaintiff, | |
| v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Visa International Service Association, et al., | |
| Defendants. | |

Having received the parties' joint Supplemental Case Management Statement filed September 14, 2005, this Court vacates the case management conference scheduled for September 19, 2005 at 10:00 a.m. A date for a further case management conference will be scheduled when the parties are before the Court for a claims construction hearing on November 8-9, 2005.

Dated: September 14, 2005

04eciv4143ctdcmc

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra V. Percy apercy@hansonbridgett.com
Alka A. Patel patela@pepperlaw.com
Darren E. Donnelly ddonnelly@fenwick.com
David Douglas Schumann dschumann@fenwick.com
Erik N. Videlock videlocke@pepperlaw.com
Garner K. Weng gweng@hansonbridgett.com
J. David Hadden dhadden@fenwick.com
Laurie Michelle Charrington lcharrington@fenwick.com
Lynn H. Pasahow lpasahow@fenwick.com
Marshall C. Wallace mwallace@reedsmith.com
Martin F. Majestic Mmajestic@hansonbridgett.com
Michael A. Duncheon mduncheon@hansonbridgett.com
Ryan Aftel Tyz rtyz@fenwick.com
W. Joseph Melnik melnikj@pepperlaw.com

**Dated:  September 14, 2005**          **Richard W. Wieking, Clerk**

                                        **By:__/s/JW Chambers_____**
                                            **Ronald L. Davis**
                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California