1  LYNN H. PASAHOW (CSB No. 054283)
     lpasahow@fenwick.com
2  J. DAVID HADDEN (CSB No. 176148)
     dhadden@fenwick.com
3  JEDEDIAH WAKEFIELD (CSB No. 178058)
     jwakefield@fenwick.com
4  DARREN E. DONNELLY (CSBNo. 194335)
     ddonnelly@fenwick.com
5  RYAN A. TYZ (CSB No. 234895)
     rtyz@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA 94041
8  Telephone:  (650) 988-8500
   Facsimile:  (650) 938-5200

9
   Attorneys for Plaintiff,
10  CRYPTOGRAPHY RESEARCH, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14

15  CRYPTOGRAPHY RESEARCH, INC.,          Case No.  C04-04143 JW (HRL)

16          Plaintiff,                    **STIPULATION AND [PROPOSED]**
                                          **ORDER FOR ADDITIONAL PAGES FOR**
17       v.                               **CLAIM CONSTRUCTION BRIEFS**

18  VISA INTERNATIONAL SERVICE            [CIV. L.R. 7-11(a) and 7-12]
19  ASSOCIATION,
                                          Judge:  Hon. James Ware
20          Defendant.                    ****MODIFIED BY THE COURT****

21

22       The Court's Order Scheduling Patent Claim Construction Proceedings [Docket No. 37,

23  4/20/2005] in this matter set claim construction briefing to begin October 4, 2005 and the Claim

24  Construction Hearing to occur on November 8-9, 2005.

25       Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Cryptography Research, Inc.

26  ("CRI") and Defendant Visa International Service Association ("VISA") hereby respectfully

27  request an Order extending the page limitation for the parties' Claim Construction briefs.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Specifically, the parties jointly request that the page limits for the Opening, Responsive,

2    and Reply Claim Construction Briefs under Pat. L.R. 4-5 be double the page limits set in Civ.

3    L.R. 7-2(b), 7-3(a), 7-3(c) and 7-4(b) for moving, opposition, and reply papers in a duly noticed

4    motion.  Accordingly, the requested modified page limitations are 50 pages for the opening brief,

5    50 pages for the responsive brief and 30 pages for the reply.

6    Good cause exists to allow the parties to file briefs in excess of the page limits because of

7    the total number of patents and claim terms that need to be discussed.  There are eight patents at

8    issue and, for each of the patents, several terms that will need to be construed.  The overall

9    number and complexity of the issues to be addressed in the Briefs as well as the need to provide a

10   full and thorough presentation for the Court's consideration support this request for additional

11   pages.

12   IT IS SO STIPULATED.

13   **ATTESTATION**

14   Concurrence in the filing of this document has been obtained from the other signatories.

15

16   Dated: September 30, 2005          FENWICK & WEST LLP

17

18   By:  s/DARREN E. DONNELLY
                 Darren E. Donnelly

19   Attorneys for Plaintiff
20   CRYPTOGRAPHY RESEARCH, INC.

21   Dated: September 30, 2005          PEPPER HAMILTON LLP

22

23   By:  s/JOSEPH MELNIK
                 Joseph Melnik

24   Attorneys for Defendant
25   VISA INTERNATIONAL SERVICE
     ASSOCIATION

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

**ORDER**

2

  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** *40 pages for opening brief
40 pages for responsive brief and 25 pages for the reply

3  Dated: Sept.30th   __, 2005

4

5

6  United Stat_____Judge



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW