LYNN H. PASAHOW (CSB No. 054283)
 lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
 dhadden@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
 jwakefield@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
 ddonnelly@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
 dschumann@fenwick.com
RYAN A. TYZ (CSB No. 234895)
 rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff,
CRYPTOGRAPHY RESEARCH, INC.

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION, <br><br> Defendant. | Case No. C 04-04143 JW (HRL) <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST AND ORDER TO BRING EQUIPMENT INTO THE COURTROOM FOR CLAIM TUTORIAL** <br><br> Hearing: November 8 & 9, 2005 <br> Time: 9:00 a.m. <br> Tutorial: November 4, 2005 <br> Time: 9:00 a.m. <br> Judge: Hon. James Ware |

PLAINTIFF'S MISC. ADMIN. REQUEST
& ORDER TO BRING EQUIP. IN THE
COURTROOM

Case No. C 04-04143 JW (HRL)

1  Cryptography Research, Inc. ("CRI") hereby moves for permission to bring to and set up
2  in the courtroom for the November 4, 2005, 9:00 a.m. tutorial before Judge James Ware the
3  following equipment:

- personal computer (monitor, tower, keyboard, mouse);
- laptop computer;
- LCD projector;
- oscilloscope;
- smart card fixture;
- signal generator;
- differential amplifier;
- data acquisition card;
- various cables and power strips;
- projector switch; and
- white board.

Dated: October 28, 2005                    FENWICK & WEST, LLP


                                           By: /s/RYAN TYZ
                                               Ryan A. Tyz

                                           Attorneys for Plaintiff
                                           CRYPTOGRAPHY RESEARCH, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

PLAINTIFF'S MISC. ADMIN. REQUEST
& ORDER TO BRING EQUIP. IN THE                 2            Case No. C 04-04143 JW (HRL)
COURTROOM

**ORDER**

IT IS HEREBY ORDERED that CRI's application is GRANTED and counsel, including Lynn Pasahow, David Hadden, Jedediah Wakefield, Darren Donnelly, David Schumann, and Ryan Tyz, and those affiliated with CRI will be permitted to bring into the courthouse, and the courtroom, the following equipment:

- personal computer (monitor, tower, keyboard, mouse);
- laptop computer;
- LCD projector;
- oscilloscope;
- smart card fixture;
- signal generator;
- differential amplifier;
- data acquisition card;
- various cables and power strips;
- projector switch; and
- white board.

IT IS SO ORDERED.

Dated: November 1, 2005

_____
Honorable James Ware
United States District Court Judge

PLAINTIFF'S MISC. ADMIN. REQUEST & ORDER TO BRING EQUIP. IN THE COURTROOM

3

Case No. C 04-04143 JW (HRL)