**Counsel Listed on Signature Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. C 04-04143 JW (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON PLAINTIFF CRYPTOGRAPHY RESEARCH, INC.'S MOTION TO COMPEL PRODUCTION OF VISA U.S.A. DOCUMENTS BY DEFENDANT VISA INTERNATIONAL SERVICES ASSOCIATION AND ITS AFFILIATE VISA U.S.A., INC.** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | |
| | Judge: Hon. Howard R. Lloyd |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER — Case No. C 04-04143 JW (HRL)

Plaintiff Cryptography Research, Inc. ("CRI"), Defendant Visa International Service Association ("Visa International") and Visa U.S.A., Inc. ("Visa USA") submit the following Stipulation and Proposed Order concerning scheduling of the hearing on CRI's Motion to Compel Production of Visa USA Documents by Defendant Visa International Services Association and its Affiliate Visa USA, currently scheduled for February 14, 2005.

**RECITALS**

On January 10, 2006, CRI filed a motion to compel production of Visa USA documents from Visa International and Visa USA. In the motion to compel, CRI asserted that Visa International controls Visa USA documents, and is thus obligated to produce them. CRI further asserted that Visa USA's objections and refusals to produce certain categories of documents were without merit. Visa International and Visa USA dispute the assertions in CRI's motion.

On January 17, 2006, Visa USA, through new counsel engaged after the meet and confer efforts prior to the filing of CRI's motion to compel, wrote to CRI's counsel, stating that he represented Visa USA and that he believed "the issues raised by the motion can be narrowed, if not eliminated, through further dialog." On January 19, 2006, Visa USA represented that "Visa USA has agreed to produce non-privileged responsive documents (if any are located) in response to each of the categories addressed in the pending motion." Visa USA further represented that it would clarify its position by serving amended responses to CRI's subpoena.

Visa International and Visa USA have requested that CRI postpone or withdraw CRI's motion to compel. Based on this request, and the representations made by Visa USA's counsel, CRI is willing to stipulate to a 2-week continuance of the hearing on its motion to compel to permit the parties to further attempt to narrow or eliminate the issues regarding Visa USA documents.

**STIPULATION**

Based on the foregoing, the parties stipulate that:

1. The hearing on CRI's Motion to Compel Production of Visa USA Documents by Defendant Visa International Services Association and Its Affiliate Visa U.S.A., Inc. shall be continued to February 28, 2006.

[PROPOSED] ORDER — 1 — Case No. C 04-04143 JW (HRL)

2. Oppositions to CRI's Motion to Compel Production of Visa USA Documents by Defendant Visa International Services Association and Its Affiliate Visa U.S.A., Inc. shall be continued to February 7, 2006. The deadline for CRI's reply shall be continued to February 14, 2006.

IT IS SO STIPULATED:

Dated: January 23, 2006          FENWICK & WEST LLP


By: /s/ Jedediah Wakefield
                    One of its attorneys

LYNN H. PASAHOW (CSB No. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
ddonnelly@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
dschumann@fenwick.com
RYAN A. TYZ (CSB No. 234895)
rtyz@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff,
CRYPTOGRAPHY RESEARCH, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER                                              Case No. C 04-04143 JW (HRL)
                              2

Dated: January 23, 2006                PEPPER HAMILTON LLP


By: /s/ Willard Burns
                One of its attorneys

JOSEPH MELNIK
melnikj@pepperlaw.com
WILLARD BURNS
burnsw@pepperlaw.com

PEPPER HAMILTON LLP
50th Floor
500 Grant Street
Pittsburgh, PA 15219-2502
Phone: 412.454.5812
Fax: 412.281.0717

Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCATION.

Dated: January 23, 2006                FARELLA BRAUN & MARTELL LLP


By: /s/ Roderick M. Thompson
                One of its attorneys

RODERICK M. THOMPSON
rthompson@fbm.com

FARELLA BRAUN & MARTELL LLP
Russ Building/235 Montgomery Street
San Francisco, CA 94104
Phone: 415.954.4400
Fax: 415.954.4480

Attorneys for Third Party
VISA USA, INC.

[PROPOSED] ORDER              3              Case No. C 04-04143 JW (HRL)

1
2    IT IS SO ORDERED
3
4    Dated: 1/24/06                    By: /s/ Howard R. Lloyd
5                                          Honorable Howard R. Lloyd
                                           United States ~~District Judge~~
                                                             Magistrate
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28