**Counsel Listed on Signature Page**



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. C 04-04143 JW (HRL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3 AND DISCOVERY ISSUES |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | Judge: Hon. James Ware |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Plaintiff Cryptography Research, Inc. ("CRI") and Defendant Visa International Service Association ("Visa") submit the following Stipulation and Proposed Order to address a number of scheduling issues.

## RECITALS

### 1. Document Production

On July 27, 2005, the Court (Magistrate Judge Lloyd presiding) issued an order granting in part and denying in part plaintiff's motion to enforce the Court's Patent Local Rules (the "July 27 Order"). Among other things, the July 27 Order required Visa "to produce, no later than August 12, 2005, all information falling under Patent L.R. 3-4 in the possession of its authorized testing laboratories, which the court deems to be in the control of Visa."

Counsel for Visa initially interpreted this provision of the July 27 Order to apply only to the vendor documents that vendors submitted to testing laboratories. CRI disagreed with this interpretation, and contended that Visa was required to produce all patent L.R. 3-4 material in the possession of its authorized testing laboratories.

Having considered the matter further, Visa is willing to follow CRI's interpretation of the July 27 Order, but has represented to CRI that, having previously interpreted the July 27 Order more narrowly, Visa cannot complete production of Patent L.R. 3-4 documents in the possession of its testing laboratories by August 12.

CRI is willing to stipulate to a 3-week extension of time for Visa to comply with the July 27 Order, solely with respect to documents in the possession of Visa's authorized testing laboratories, provided that Visa also complete, within thirty (30) days, its document production in response to CRI's First and Second Sets Requests for Production of Documents (served on January 13 and 24, 2005, respectively), and that CRI be granted an opportunity to supplement its Preliminary Infringement Contentions after review and analysis of those materials.

### 2. Claim Construction

The Parties wish to complete and file a Joint Claim Construction and Pre-hearing Statement ("Joint Statement") that imposes on the Court the minimal amount of judicial resources necessary to resolve the Parties' claim construction disputes.

1      CRI is willing to stipulate to an extension of the date for filing the Joint Statement
provided that the dates for claim construction briefing, the claim construction hearing, and/or tutorial set by the Court's April 20, 2005 Order ("the Scheduling Order") are not altered.

     Visa agrees that the extension jointly requested herein will not require the alterations of those dates.

## STIPULATION

The parties stipulate that:

1. Visa shall produce all information falling under Patent L.R. 3-4 in the possession of its authorized testing laboratories on or before September 2, 2005. The Court's July 27 Order remains in effect in all other respects.

2. Visa shall complete its production of documents responsive to CRI's first and second set of requests for production of documents and things no later than September 12, 2005. Said production shall be on a rolling basis, and shall not be "backloaded".

3. For all document productions after the date of this Order, the parties shall produce a log identifying by control number and custodian the source of the documents produced. For records not obtained from individual custodians, rather than individual custodians, the source of such documents (e.g., the particular centralized file or database from which the documents were obtained) shall be identified on the log.

4. No later than September 23, 2005, CRI may serve supplemental or amended disclosures under Patent L.R. 3-1, without objection by Visa.

5. In the event that Visa produces materials responsive CRI's First or Second Set of Requests for Production of Documents and Things or Patent L.R. 3-4 after September 9, 2005, including any documents Visa contends it could not reasonably have produced by that date, CRI may supplement or amend its disclosures under Patent L.R. 3-1, without objection by Visa, within 10 court days after the date such additional documents or things are produced to and received by CRI.

6. The parties shall provide each other with their respective contributions to the Joint Statement no later than August 25, 2005;

7. The Parties shall complete and file the Joint Statement no later than September 12, 2005 pursuant to the Court's Patent Local Rules;

8. The Parties shall complete claim construction discovery on or before September 23, 2005 pursuant to the Court's Patent Local Rules;

9. The Parties agree to abide by the Court's April 20, 2005 Order ("Scheduling Order"), have no intention of altering the dates for claim construction briefing, claim construction hearing, and/or tutorial established by the Scheduling Order, and believe they will comply with the schedule set by the Scheduling Order;

10. The Parties agree that they shall not attempt to alter the dates for claim construction briefing, claim construction hearing, and/or tutorial set by the Scheduling Order on account of agreements regarding discovery reflected herein or the responses to/production under that discovery; and

11. Visa agrees that it shall not attempt to alter the dates for claim construction briefing, claim construction hearing, and/or tutorial set by the Scheduling Order on account of the agreement regarding filing the Joint Statement reflected herein.

IT IS SO STIPULATED:

FENWICK & WEST LLP

By: _Darren Donnelly /gw_ WITH AUTHORIZATION FROM COUNSEL
One of its attorneys

LYNN H. PASAHOW (CSB No. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
ddonnelly@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
dschumann@fenwick.com
RYAN A. TYZ (CSB No. 234895)
rtyz@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center

```
 1                              801 California Street
                                Mountain View, CA 94041
 2                              Telephone: (650) 988-8500
                                Facsimile: (650) 938-5200
 3
                                Attorneys for Plaintiff,
 4                              CRYPTOGRAPHY RESEARCH, INC.

 5                              HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

 6

 7                              By: _____/s/ G. Weng_____
                                        One of its attorneys
 8
                                GARNER K. WENG (CSB No. 191462)
 9                              gweng@hansonbridgett.com
                                MARTIN F. MAJESTIC (CSB No. 46954)
10                              Mmajestic@hansonbridgett.com
                                MICHAEL A. DUNCHEON (CSB No. 65682)
11                              mduncheon@hansonbridgett.com

12                              HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
                                333 Market Street, 21st Floor
13                              San Francisco, CA 94105-2173
                                Phone:     (415) 995-5081
14                              Facsimile: (415) 541-9366

15

16                              OF COUNSEL:

17                              PEPPER HAMILTON LLP

18                              JOSEPH MELNIK
                                melnikj@pepperlaw.com
19                              PEPPER HAMILTON LLP
                                50th Floor
20                              500 Grant Street
                                Pittsburgh, PA 15219-2502
21                              Phone: 412.454.5812
                                Fax: 412.281.0717
22
                                Attorneys for Defendant
23

24

25                              VISA INTERNATIONAL SERVICE ASSOCATION.

26

27

28
```

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  IT IS SO ORDERED
2  Dated: February 28, 2006
3
4  By: _____
5      Honorable James Ware
       United States District Judge
6
7
...
28

[PROPOSED] ORDER                                                  Case No. C 04-04143 JW (HRL)

5