*E-filed 6/20/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | |
| Plaintiff, | Case No. C04-04143 JW (HRL) |
| v. | **ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE MADE PART OF THE PUBLIC RECORD** |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | |

It is hereby ordered that Visa International Service Association show cause why Documents 6 - 22 of Cryptography Research, Inc.'s Miscellaneous Administrative Request to File Documents Under Seal should not become part of the public record pursuant to Local Rule 79-5(d).[1] A declaration showing cause shall be filed by June 26, 2006 at 9 a.m.

**IT IS SO ORDERED.**

Dated:  6/20/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] READ LOCAL RULE 79-5.