1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    David Eiseman (Bar No. 114758)
2   Rachel Smith (Bar No. 222075)
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:   (415) 875-6600
4  Facsimile    (415) 875-6700
   Email: davideiseman@quinnemanuel.com
5          rachelsmith@quinnemanuel.com

6  PEPPER HAMILTON LLP
    Laurence Shiekman (*Pro Hac Vice*)
7  3000 Two Logan Square
   Philadelphia, PA  19103
8  Telephone:   (215) 981-4000
   Facsimile:   (215) 981-4750
9  Email: shiekmanl@pepperlaw.com

10   W. Joseph Melnik (*Pro Hac Vice*)
    Willard R. Burns (*Pro Hac Vice*)
11   Kathryn M. Kenyon (*Pro Hac Vice*)
   500 Grant Street, 50th Floor
12 Pittsburgh, PA  15219
   Telephone:   (412) 454-5000
13 Facsimile:   (412) 281-0717
   Email: melnikj@pepperlaw.com

**GRANTED**

*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. C 04-CV-04143 JW (HRL) |
| Plaintiff | |
| v. | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO BIFURCATE ISSUES OF LIABILITY AND WILLFULNESS AND DAMAGES AND FOR STAY OF DISCOVERY** |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | |

51079/1903405.1

Case No. C 04-CV-04143 JW (HRL)
STIPULATION AND [PROPOSED] ORDER
WITHDRAWING MOTION TO BIFURCATE WITHOUT PREJUDICE

## STIPULATION

WHEREAS:

On May 22, 2006, Defendant Visa International Service Association ("Visa International") filed a Motion to Bifurcate Issues of Liability and Willfulness and Damages and for Stay of Discovery, and;

On June 16, 2006, counsel for the parties met and conferred informally to resolve a number of discovery issues related to Plaintiff Cryptography Research, Inc.'s ("CRI") Motion to Compel Visa to Make Individuals Available for Deposition, Produce Documents, and Answer Interrogatories and agreed that Visa International will withdraw its Motion to Bifurcate Issues of Liability and Willfulness and Damages and for Stay of Discovery.  Because Visa International has agreed to produce CRI's requested damages discovery, its request for the stay of discovery related to damages is moot.  Insofar as the motion sought bifurcation of liability from damages or willfulness at trial, Visa International withdraws that portion of its motion without prejudice to its right to refile prior to trial.

Accordingly, IT IS HEREBY STIPULATED by and between Visa International and CRI, through their respective counsel of record, as follows:

Visa International hereby withdraws its Motion to Bifurcate Issues of Liability and Willfulness and Damages and for Stay of Discovery, AND THE June 26, 2006 hearing on the motion shall be taken off calendar.

Dated: June 21, 2006

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: /s/ David Eiseman
     David Eiseman

Attorneys for Defendant
VISA International Service Association

51079/1903405.1

-2-      Case No. C 04-CV-04143 JW (HRL)
STIPULATION AND [PROPOSED] ORDER
WITHDRAWING MOTION TO BIFURCATE WITHOUT PREJUDICE

| | | |
|---|---|---|
| Dated: June 21, 2006 | | FENWICK & WEST LLP |
| | | By: /s/ Jedediah Wakefield |
| | | Jedediah Wakefield |
| | | Attorneys for Plaintiff Cryptography Research, Inc. |

### ATTESTATION OF E-FILED SIGNATURE

I, David Eiseman, attest that signatory Jedediah Wakefield has read and approved the STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO BIFURCATE ISSUES OF LIABILITY AND WILLFULNESS AND DAMAGES AND FOR STAY OF DISCOVERY and consents to its filing in this action.

/s/ David Eiseman
David Eiseman

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 21, 2006

_____
The Honorable James Ware
United States District Judge