1    **Counsel Listed on Signature Page**

2                                                                    *E-filed 9/29/06*

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11   CRYPTOGRAPHY RESEARCH, INC.,          Case No. C 04-04143 JW (HRL)

12              Plaintiff,                 **SUPPLEMENTAL STIPULATION AND
                                           [PROPOSED] ORDER REGARDING**
13        v.                               **CRYPTOGRAPHY RESEARCH INC.'S MOTION
                                           TO COMPEL VISA INTERNATIONAL TO MAKE**
14   VISA INTERNATIONAL SERVICE            **WITNESSES AVAILABLE FOR DEPOSITION,
     ASSOCIATION,                          PRODUCE DOCUMENTS, AND ANSWER**
15                                         **INTERROGATORIES AND MOTION FOR**
              Defendant.                   **SANCTIONS**
16
                                           The Honorable Howard R. Lloyd,
17                                         United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

1        Plaintiff Cryptography Research, Inc. ("CRI") and Defendant Visa International Service

2  Association ("Visa") submit the following Supplemental Stipulation and Proposed Order

3  concerning the June 22, 2006 Stipulation and Order (the "Stipulated Order") regarding CRI's

4  Motion to Compel Visa International to Make Witnesses Available for Deposition, Produce

5  Documents, and Answer Interrogatories and Motion for Sanctions.

6                                       **RECITALS**

7        On June 22, 2006, the Court entered the Stipulated Order which required Visa to make

8  witnesses available for deposition, produce documents in response to CRI's first, second, and

9  third set of request for production of documents and things, and answer CRI's first set of

10  interrogatories.

11        On or around August 9, 2006, Visa expressed that it would not be able to complete its

12  production of documents responsive to CRI's first, second, and third set of requests for

13  documents and things by September 1, 2006, the date set forth in the stipulated order, and

14  requested an extension to complete its document production.

15        On or around August 14, 2006, Visa expressed that it would not be able to answer CRI's

16  first set of interrogatories by August 15, 2006, the date set forth in stipulation and order, and

17  requested an extension to answer the interrogatories.

18        Visa and CRI by and through their respective counsel have met and conferred to discuss

19  Visa's request for an extension to complete its document production and answer interrogatories,

20  and additional discovery issues.  In view of the parties' agreements reached during these

21  conferences, as memorialized below, CRI and Visa agree to the following Supplemental

22  Stipulation and Order.

23                   **STIPULATION AND ORDER**

24        1.      Visa shall have an extension until October 1, 2006 to complete its production of all

25  non-privileged documents and things in its possession, custody, or control responsive to CRI's

26  first, second, and third set of requests for production of documents and things.  Visa's document

27  production shall be on a rolling basis and not be "back-loaded."

28        2.      CRI may amend or supplement its disclosures under Patent L.R. 3-1 at any time on

or before November 1, 2006.  If by October 1, 2006 Visa fails to produce all documents called for in the Stipulated Order dated June 22, 2006, in addition to pursuing any other remedies including those available under Rule 37, CRI may supplement or amend its disclosures under Patent L.R. 3-1 without objection by Visa, within 30 days after the date such additional documents or things are produced and received by CRI.

3.      The parties' will endeavor to exchange privilege logs on or before November 1, 2006, or on a date mutually agreed by the parties.  To the extent Visa identifies additional non-privileged documents during the creation of its privilege log, they shall be produced promptly and no later than the date of production of the privilege log.

4.      Visa was given an extension until September 5, 2006 to answer CRI's First Set of Interrogatories.

5.      Each party shall be granted a total of twenty (20) depositions.  The three depositions taken by CRI before the June 22 Order (Messrs. Ross, Snailer, and Lee) shall not count against its total.  If CRI retakes the deposition of any of these three previously deposed individuals, CRI shall not cover the same ground, except that CRI may examine any of the three witnesses as to documents produced to CRI on or after the dates of the prior depositions.

6.      Visa has agreed to produce its 30(b)(6) witness for deposition at the Mountain View office of Fenwick & West on October 5, 2006, the specific date to be agreed to by the parties.

7.      Visa produced Lance Johnson for deposition at the Mountain View office of Fenwick & West on September 13, 2006 commencing at 9:00 a.m.

8.      Visa produced Kenneth Ayer for deposition at the San Francisco office of Fenwick & West on September 21, 2006 commencing at 9:00 a.m.

9.      Visa has agreed to produce Philip Yen for deposition at the Mountain View offices of Fenwick & West on October 12, 2006 commencing at 9:00 a.m.  Should any unforeseen event prevent Mr. Yen from having his deposition on this date, the parties shall meet and confer in good faith to reschedule his deposition as close to the scheduled date as reasonably as possible.

10.     CRI may retake the depositions of Messrs. Ayer, Yen, Johnson and Visa's

1   designated 30(b)(6) witness one other time, but the total deposition time on the record for any of

2   these witnesses shall not exceed a total of seven hours, except as provided under Fed. R. Civ. P.

3   30(d)(2).

4          11.     Visa shall pay 100 percent of the vendor costs to host Visa USA documents for

5   CRI's review.  Such payment is expressly deemed not to have waived Visa's position that it does

6   not control Visa USA and shall not be cited by CRI in support of an argument that Visa does

7   control Visa USA.

8          12.     Except as expressly modified herein, the Stipulated Order dated June 22, 2006

9   shall remain in effect in all other respects.

10          IT IS SO ORDERED

11   Dated:  __ 9/29/06 _____                    By:_____
                                                      Honorable Howard R. Lloyd
12                                                    United States Magistrate Judge

13

14

15          IT IS SO STIPULATED:

16

17                                            FENWICK & WEST LLP

18

19                                            By:/s/ Ryan A. Tyz
                                                      One of its attorneys

20                                            LYNN H. PASAHOW (CSB No. 054283)
                                              lpasahow@fenwick.com
21                                            J. DAVID HADDEN (CSB No. 176148)
                                              dhadden@fenwick.com
22                                            JEDEDIAH WAKEFIELD (CSB No. 178058)
                                              jwakefield@fenwick.com
23                                            DARREN E. DONNELLY (CSB No. 194335)
                                              ddonnelly@fenwick.com
24                                            DAVID D. SCHUMANN (CSB No. 223936)
                                              dschumann@fenwick.com
25                                            RYAN A. TYZ (CSB No. 234895)
                                              rtyz@fenwick.com
26
                                              FENWICK & WEST LLP
27                                            Silicon Valley Center
                                              801 California Street
28                                            Mountain View, CA  94041

[PROPOSED] ORDER                                                    Case No. C 04-04143 JW (HRL)

3

1    Telephone:  (650) 988-8500
     Facsimile:  (650) 938-5200
2
     Attorneys for Plaintiff,
3    CRYPTOGRAPHY RESEARCH, INC.

4

5    PEPPER HAMILTON, LLP AND

6    QUINN EMANUEL URQUHART OLIVER & HEDGES,
     LLP
7

8
     By:/s/ Christopher J. Huber
9                     One of its attorneys

10   LAURENCE Z. SHIEKMAN
     shiekmanl@pepperlaw.com
11   CHRISTOPHER J. HUBER
     huberc@pepperlaw.com
12   PEPPER HAMILTON LLP
     3000 Two Logan Square
13   Eighteenth and Arch Streets
14   Philadelphia, PA 19103-2799
     Phone: 215.981.4347
15   Fax: 215.981.4750

16   JOSEPH MELNIK
17   melnikj@pepperlaw.com
     PEPPER HAMILTON LLP
18   50th Floor
     500 Grant Street
19   Pittsburgh, PA 15219-2502
     Phone: 412.454.5812
20   Fax: 412.281.0717

21   DAVID EISEMAN
     davideiseman@quinnemanuel.com
22   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     50 California Street, 22nd Floor
23   San Francisco, CA 94111
     Phone:  415.875.6600
24   Fax:  415.875.6700

25   Attorneys for Defendant

26   VISA INTERNATIONAL SERVICE ASSOCATION
27

28

[PROPOSED] ORDER                                          Case No. C 04-04143 JW (HRL)

                                    4