1  **Counsel Listed on Signature Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No.  C 04-04143 JW (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED ANSWER OF DEFENDANT VISA INTERNATIONAL SERVICE ASSOCIATION AND SECOND AMENDED COMPLAINT OF PLAINTIFF CRYPTOGRAPHY RESEARCH, INC.** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | Judge:  James Ware |

1   **IT IS HEREBY STIPULATED** by and between the parties hereto through their
2   respective attorneys of record that, pursuant to Fed. R. Civ. P. 15(a), Defendant Visa International
3   Service Association shall have leave to file a First Amended Answer and Counterclaim to
4   Plaintiff Cryptography Research, Inc.'s ("CRI") First Amended Complaint, and CRI shall have
5   leave to file a Second Amended Complaint.  The parties stipulate further that each party shall
6   have 30 days after service of the other party's amended pleading to file a responsive pleading
7   thereto.

Dated: December  8, 2006           FENWICK & WEST LLP


By: /s/ J. David Hadden
    J. David Hadden

Attorneys for Plaintiff
CRYPTOGRAPHY RESEARCH, INC


Dated: December 8, 2006            PEPPER HAMILTON LLP


By  /s/ Joseph Melnik
    Joseph Melnik

Attorneys for Defendant
VISA INTERNATIONAL SERVICE
ASSOCIATION


# ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore;

**PURSUANT TO STIPULATION IT IS SO ORDERED**.

Dated: _Dec. 11_, 2006

James Ware
United States District Judge

2