1  LYNN H. PASAHOW (CSB No. 054283)
   lpasahow@fenwick.com
2  J. DAVID HADDEN (CSB No. 176148)
   dhadden@fenwick.com
3  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
4  DARREN E. DONNELLY (CSB No. 194335)
   ddonnelly@fenwick.com
5  DAVID D. SCHUMANN (CSB No. 223936)
   dschumann@fenwick.com
6  RYAN A. TYZ (CSB No. 234895)
   rtyz@fenwick.com
7  FENWICK & WEST LLP
   Silicon Valley Center
8  801 California Street
   Mountain View, CA  94041
9  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200
10
   Attorneys for Plaintiff,
11 CRYPTOGRAPHY RESEARCH, INC.

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15 | CRYPTOGRAPHY RESEARCH, INC.,        | Case No. 5:04-CV-04143-JW (HRL)
16 |                                     |
   |          Plaintiff,                 | [~~PROPOSED~~] JW ORDER GRANTING
17 |                                     | CRYPTOGRAPHY RESEARCH, INC.'S
   |    v.                               | MISCELLANEOUS ADMINISTRATIVE
18 |                                     | REQUEST TO FILE ITS SECOND
   | VISA INTERNATIONAL SERVICE          | AMENDED COMPLAINT UNDER SEAL
19 | ASSOCIATION,                        |
   |                                     | The Honorable James Ware
20 |          Defendant.                 |

21

22

23

24

25

26

27

28

[~~PROPOSED~~] JW ORDER GRANTING MOTION                    CASE NO. 5:04-CV-04143-JW (HRL)
TO FILE UNDER SEAL

The Court having reviewed CRI's Miscellaneous Administrative Request to File its Second Amended Complaint for Breach of Contract, Misrepresentation, Patent Infringement, Breach of Fiduciary Duty, Violations of Federal and State Antitrust Laws, and Unfair Competition (as redacted) under Seal, hereby, for good cause shown, orders that it be filed under seal.

**IT IS SO ORDERED.**

Dated: 12/20/06

_____
The Honorable James Ware
United States District Judge