1  **Counsel Listed on Signature Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. C 04-04143 JW (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR MOTION FOR RECONSIDERATION** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | Judge: James Ware |
| Defendant. | |

Plaintiff Cryptography Research, Inc. ("CRI") and Defendant Visa International Service Association ("Visa International") submit the following stipulation and proposed order concerning the scheduling for briefing of CRI's Motion for Reconsideration of the Court's October 19, 2006 First Claim Construction Order.

## RECITALS

On December 13, 2006, this Court entered an Order Granting Plaintiff's Leave to File a Motion for Reconsideration (Docket No. 278) (the "Order").

In the Order, this Court set a briefing schedule for the Motion for Reconsideration that required CRI to file its motion no later than December 22, 2006, Visa International to file its opposition, if any on January 8, 2007, and CRI's reply, if any, on January 16, 2007. The Order further stated that the motion will be submitted without oral argument absent further notice from the Court.

Given the holidays, Visa International requested consent from CRI for an extension until January 16, 2007 to file its opposition to the Motion for Reconsideration. CRI consented to Visa International's request.

## STIPULATION

Based on the foregoing, the parties stipulate that:

1. Visa International's opposition to CRI's Motion For Reconsideration of the Court's October 19, 2006 First Claim Construction Order is due on January 16, 2007.

2. CRI's reply, if any, is due on January 23, 2007.

**IT IS SO STIPULATED**

Dated: January 4, 2007                              FENWICK & WEST LLP


                                                    By: /s/ Jedediah Wakefield
                                                        Jedediah Wakefield

                                                    Attorneys for Plaintiff
                                                    CRYPTOGRAPHY RESEARCH, INC


Dated: January 4, 2007                              PEPPER HAMILTON LLP


                                                    By: /s/ Christopher J. Huber
                                                        Christopher J. Huber

                                                    Attorneys for Defendant
                                                    VISA INTERNATIONAL SERVICE
                                                    ASSOCIATION

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor;

**PURSUANT TO STIPULATION IT IS SO ORDERED**.

Dated: _____, 2007
                                                    _____
                                                    James Ware
                                                    United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Christopher J. Huber, attest that concurrence in the filing of this document has been obtained from Jedediah Wakefield, counsel for Plaintiff Cryptography Research, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed the 4th day of January 2007 in Philadelphia, Pennsylvania.

/s/ Christopher J. Huber
Christopher J. Huber
