1  **Counsel Listed on Signature Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No.  C 04-04143 JW (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR MOTION FOR RECONSIDERATION** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | Judge:  James Ware |
| Defendant. | |

Plaintiff Cryptography Research, Inc. ("CRI") and Defendant Visa International Service Association ("Visa International") submit the following stipulation and proposed order concerning the scheduling for briefing of CRI's Motion for Reconsideration of the Court's October 19, 2006 First Claim Construction Order.

## RECITALS

On December 13, 2006, this Court entered an Order Granting Plaintiff's Leave to File a Motion for Reconsideration (Docket No. 278) (the "Order").

In the Order, this Court set a briefing schedule for the Motion for Reconsideration that required CRI to file its motion no later than December 22, 2006, Visa International to file its opposition, if any on January 8, 2007, and CRI's reply, if any, on January 16, 2007. The Order further stated that the motion will be submitted without oral argument absent further notice from the Court.

Given the holidays, Visa International requested consent from CRI for an extension until January 16, 2007 to file its opposition to the Motion for Reconsideration. CRI consented to Visa International's request.

## STIPULATION

Based on the foregoing, the parties stipulate that:

1. Visa International's opposition to CRI's Motion For Reconsideration of the Court's October 19, 2006 First Claim Construction Order is due on January 16, 2007.

2. CRI's reply, if any, is due on January 23, 2007.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: January 4, 2007 | FENWICK & WEST LLP |
| | By: /s/ Jedediah Wakefield |
| | Jedediah Wakefield |
| | Attorneys for Plaintiff |
| | CRYPTOGRAPHY RESEARCH, INC |
| Dated: January 4, 2007 | PEPPER HAMILTON LLP |
| | By: /s/ Christopher J. Huber |
| | Christopher J. Huber |
| | Attorneys for Defendant |
| | VISA INTERNATIONAL SERVICE ASSOCIATION |

### ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore;

**PURSUANT TO STIPULATION IT IS SO ORDERED**.

Dated: Jan 05, 2007

James Ware
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Christopher J. Huber, attest that concurrence in the filing of this document has been obtained from Jedediah Wakefield, counsel for Plaintiff Cryptography Research, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed the 4th day of January 2007 in Philadelphia, Pennsylvania.

                                            /s/ Christopher J. Huber
                                            Christopher J. Huber