**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cryptography Research Inc., | NO. C 04-04143 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION** |
| v. | |
| Visa International Service Assoc., et al., | |
| Defendants. | |

On the Court's own motion, the hearing on Plaintiff's Motion for Leave to File Its Second Amended Complaint presently scheduled for January 29, 2007 is continued to **February 5, 2007**.

Dated:  January 16, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra V. Percy apercy@hansonbridgett.com
Alka A. Patel patela@pepperlaw.com
Christopher J Huber huberc@pepperlaw.com
Darren E. Donnelly ddonnelly@fenwick.com
David Eiseman davideiseman@quinnemanuel.com
David Douglas Schumann dschumann@fenwick.com
David Douglas Schumann dschumann@fenwick.com
Erik N. Videlock videlocke@pepperlaw.com
J. David Hadden dhadden@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com
Kathryn M. Kenyon kenyonk@pepperlaw.com
Laurence Z Shiekman shiekmanl@pepperlaw.com
Laurie Michelle Charrington lcharrington@gmail.com
Lynn H. Pasahow lpasahow@fenwick.com
Marshall C. Wallace mwallace@reedsmith.com
Martin F. Majestic Mmajestic@hansonbridgett.com
Michael A. Duncheon mduncheon@hansonbridgett.com
Rachel Heather Smith rachelsmith@quinnemanuel.com
Roderick M. Thompson rthompson@fbm.com
Ryan Aftel Tyz rtyz@fenwick.com
Sangeetha M. Raghunathan sraghunathan@fbm.com
W. Joseph Melnik melnikj@pepperlaw.com
Willard R. Burns burnsw@pepperlaw.com
William Paul Schuck wps@mjllp.com

**Dated: January 16, 2007**                    **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**