IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cryptography Research Inc., | NO. C 04-04143 JW |
| Plaintiff, | **ORDER VACATING HEARING ON MOTION** |
| v. | |
| Visa International Service Assoc., | |
| Defendant. | |

The Court found Plaintiff's Motion for Leave to File a Second Amended Complaint appropriate for submission without oral argument. See Civ. L.R. 7-1(b).  Accordingly, the hearing presently scheduled for February 5, 2007 is **VACATED**.

Dated: February 1, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra V. Percy apercy@hansonbridgett.com
Alka A. Patel patela@pepperlaw.com
Brandon D. Baum bbaum@mayerbrown.com
Christopher J Huber huberc@pepperlaw.com
Darren E. Donnelly ddonnelly@fenwick.com
David Eiseman davideiseman@quinnemanuel.com
David Douglas Schumann dschumann@fenwick.com
Dennis S Corgill dcorgill@mayerbrownrowe.com
Erik N. Videlock videlocke@pepperlaw.com
Ian N. Feinberg ifeinberg@mayerbrownrowe.com
J. David Hadden dhadden@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com
Joshua M. Masur jmasur@mayerbrownrowe.com
Kathryn M. Kenyon kenyonk@pepperlaw.com
Laurence Z Shiekman shiekmanl@pepperlaw.com
Laurie Michelle Charrington lcharrington@gmail.com
Lynn H. Pasahow lpasahow@fenwick.com
Marshall C. Wallace mwallace@reedsmith.com
Martin F. Majestic Mmajestic@hansonbridgett.com
Michael A. Duncheon mduncheon@hansonbridgett.com
Michael A. Molano mmolano@mayerbrownrowe.com
Rachel Heather Smith rachelsmith@quinnemanuel.com
Roderick M. Thompson rthompson@fbm.com
Ryan Aftel Tyz rtyz@fenwick.com
Sangeetha M. Raghunathan sraghunathan@fbm.com
Stephen Roger Dartt sdartt@fenwick.com
W. Joseph Melnik melnikj@pepperlaw.com
Willard R. Burns burnsw@pepperlaw.com
William Paul Schuck wps@mjllp.com

**Dated: February 1, 2007**          **Richard W. Wieking, Clerk**

                              **By:   /s/ JW Chambers**
                                   **Elizabeth Garcia**
                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California