**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   Cryptography Research Inc.,                    NO. C 04-04143 JW

11              Plaintiff,                **ORDER APPOINTING MR. RAINER**
                                          **SCHULZ AS A TECHNICAL ADVISOR**
        v.
12
     Visa International Service Assoc.,
13
                Defendants.
14   _____/

15          On March 7, 2007, the Court issued a Proposed Order of Appointment of a Technical

16   Advisor, Mr. Rainer Schulz.  (See Docket Item No.  297.)  The deadline for raising any objections

17   has passed.  Accordingly, the Court appoints Mr. Rainer Schulz as a Technical Advisor under the

18   following terms:

19          1.    Any advice provided to the Court by Mr. Schulz will not be based on any extra-

20                record information.

21          2.    From time to time, the Court may request Mr. Schulz to provide a formal written

22                report on technical advice concerning the case.  A copy of the formal written report

23                prepared by Mr. Schulz shall be provided to the parties.  The Court, however,

24                reserves the right to have informal verbal communications with Mr. Schulz which are

25                not included in any formal written report.

26          3.    Mr. Schulz may attend any court proceedings.

27          4.    Mr. Schulz may review any pleadings, motions or documents submitted to the Court.

28

United States District Court

For the Northern District of California

5.    As a technical advisor, Mr. Schulz will make no written findings of fact and will not

supply any evidence to the Court.  Thus, Mr. Schulz will be outside the purview of

"expert witnesses" under Fed. R. Evid. 706.   As such, the provisions in Rule 706 for

depositions and questioning of expert witnesses will be inapplicable to Mr. Schulz.

See Reilly v. United States, 863 F.2d 149, 155-56 (1st Cir. 1988).

6.    Mr. Schulz will have no contact with any of the parties or their counsel other than for

billing purposes.

7.    The parties are directed to pay the reasonable fees charged by Mr. Schulz for his

service as a technical advisor to the Court in this case.  The parties shall confer to

determine an apportionment for purposes of payment of Mr. Schulz's fees.  All

matters pertaining to the fees of Mr. Schulz are referred to the assigned Magistrate

Judge.

8.    Mr. Schulz shall file a declaration that he will adhere to the terms of his appointment.

Dated: March 20, 2007

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Alexandra V. Percy apercy@hansonbridgett.com
    Alka A. Patel patela@pepperlaw.com
3   Brandon D. Baum bbaum@mayerbrown.com
    Christopher J Huber huberc@pepperlaw.com
4   Darren E. Donnelly ddonnelly@fenwick.com
    David Eiseman davideiseman@quinnemanuel.com
5   David Douglas Schumann dschumann@fenwick.com
    Dennis S Corgill dcorgill@mayerbrownrowe.com
6   Erik N. Videlock videlocke@pepperlaw.com
    Ian N. Feinberg ifeinberg@mayerbrownrowe.com
7   J. David Hadden dhadden@fenwick.com
    Jedediah Wakefield jwakefield@fenwick.com
8   Joshua M. Masur jmasur@mayerbrownrowe.com
    Kathryn M. Kenyon kenyonk@pepperlaw.com
9   Laurence Z Shiekman shiekmanl@pepperlaw.com
    Laurie Michelle Charrington lcharrington@gmail.com
10  Lynn H. Pasahow lpasahow@fenwick.com
    Marshall C. Wallace mwallace@reedsmith.com
11  Martin F. Majestic Mmajestic@hansonbridgett.com
    Michael A. Duncheon mduncheon@hansonbridgett.com
12  Michael A. Molano mmolano@mayerbrownrowe.com
    Rachel Heather Smith rachelsmith@quinnemanuel.com
13  Roderick M. Thompson rthompson@fbm.com
    Ryan Aftel Tyz rtyz@fenwick.com
14  Sangeetha M. Raghunathan sraghunathan@fbm.com
    Stephen Roger Dartt sdartt@fenwick.com
15  W. Joseph Melnik melnikj@pepperlaw.com
    Willard R. Burns burnsw@pepperlaw.com
16  William Paul Schuck wps@mjllp.com

17

**Dated: March 20, 2007**          **Howard W. Wieking, Clerk**

18

19                                 By:___/s/ JW Chambers_____
                                      **Elizabeth Garcia**
20                                    **Courtroom Deputy**

21

22

23

24

25

26

27

28