1   PEPPER HAMILTON LLP
      Laurence Shiekman (*Pro Hac Vice*)
2     Willard R. Burns (*Pro Hac Vice*)
      Kathryn M. Kenyon (*Pro Hac Vice*)
3   500 Grant Street, 50th Floor
    Pittsburgh, PA  15219
4   Telephone:     (412) 454-5000
    Facsimile:     (412) 281-0717
5   Email: shiekmanl@pepperlaw.com

6   WHITE & CASE LLP
      M. Elaine Johnston
7     Ann Auiler
    1155 Avenue of the Americas
8   New York, NY  10036-2787
    Telephone:     (212) 819-8200
9   Facsimile:     (212) 354-8113
    Email: mejohnston@whitecase.com
10          aauiler@whitecase.com

11  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      David Eiseman (Bar No. 114758)
12    Rachel Smith (Bar No. 222075)
    50 California Street, 22nd Floor
13  San Francisco, California  94111
    Telephone:     (415) 875-6600
14  Facsimile:     (415) 875-6700
    Email: davideiseman@quinnemanuel.com
15          rachelsmith@quinnemanuel.com

16  Attorneys for Defendant
    Visa International Service Association

17

18               UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

21  CRYPTOGRAPHY RESEARCH, INC.,          CASE NO. CV 5:04 04143 JW (HRL)

22          Plaintiff,                    **[PROPOSED] ORDER GRANTING
                                          DEFENDANT VISA INTERNATIONAL
23      v.                                SERVICE ASSOCIATION'S NOTICE OF
                                          WITHDRAWAL OF PEPPER
24  VISA INTERNATIONAL SERVICE            HAMILTON LLP AND INDIVIDUAL
    ASSOCIATION,                          ATTORNEYS AS ATTORNEYS OF
25                                        RECORD**
            Defendant.
26

27

28

51079/2078792.1

[PROPOSED] ORDER GRANTING WITHDRAWAL OF PEPPER HAMILTON LLP
CASE NO. CV 5:04 04143 JW (HRL)

1    Having considered the request of Defendant Visa International Service Association

2  ("Visa") to allow Pepper Hamilton LLP, including attorneys Laurence Z. Shiekman, Erik N.

3  Videlock, Raymond A. Miller, Christopher J. Huber, Elizabeth S. Campbell, Willard R. Burns,

4  Alka A. Patel, Joseph Helmsen, and Kathryn M. Kenyon, to withdraw its appearance as counsel of

5  record for Visa in this action,

6    IT IS HEREBY ORDERED that:

7    (1)    Visa's request is GRANTED;

8    (2)    Pepper Hamilton LLP, including attorneys Laurence Z. Shiekman, Erik N.

9  Videlock, Raymond A. Miller, Christopher J. Huber, Elizabeth S. Campbell, Willard R. Burns,

10  Jeffrey A. Toll, Alka A. Patel, Joseph Helmsen, and Kathryn M. Kenyon, is relieved as counsel of

11  record for Visa; and

12    (3)    The appearances of Mayer, Brown, Rowe & Maw LLP, White & Case LLP,

13  Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP and the other attorneys who individually have

14  entered appearances on behalf of Visa shall remain in effect and are not affected by this

15  withdrawal.

16

17  DATED:   3/29/2007    _____

18    The Honorable James Ware
     United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING WITHDRAWAL OF PEPPER HAMILTON LLP
CASE NO. CV 5:04 04143 JW (HRL)