QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Rachel Smith (Bar No. 222075)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
Email: davideiseman@quinnemanuel.com
       rachelsmith@quinnemanuel.com

Attorneys for Defendant
Visa International Service Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION,<br><br>Defendant. | CASE NO. CV 5:04 04143 JW (HRL)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT VISA INTERNATIONAL SERVICE ASSOCIATION'S NOTICE OF WITHDRAWAL OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, INCLUDING ATTORNEYS DAVID EISEMAN AND RACHEL H. SMITH, AS ATTORNEYS OF RECORD |

51079/2034586.1

1   Having considered the request of Defendant Visa International Service Association
2   ("Visa") to allow Quinn Emanuel Urquhart Oliver & Hedges, LLP, including attorneys David
3   Eiseman and Rachel H. Smith, to withdraw its appearance as counsel of record for Visa in this
4   action,

5   IT IS HEREBY ORDERED that:

6   (1)   Visa's request is GRANTED;

7   (2)   Quinn Emanuel Urquhart Oliver & Hedges, LLP, including attorneys David
8   Eiseman and Rachel H. Smith, is relieved as counsel of record for Visa; and

9   (3)   The appearances of Mayer, Brown, Rowe & Maw LLP, White & Case LLP,
10  Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP and the other attorneys who individually have
11  entered appearances on behalf of Visa shall remain in effect and are not affected by this
12  withdrawal.

14  DATED:   3/30/2007

_____
The Honorable James Ware
United States District Judge