*E-filed 5/1/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | |
| Plaintiff, | Case No. C04-04143 JW (HRL) |
| v. | **ORDER RE: SEALING** |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | Re: Docket No. 218 |
| Defendant. | |

On May 22, 2006 plaintiff filed a motion to compel discovery from defendant (Motion to Compel Defendant Visa International Services Association to Make Witnesses Available for Deposition, Produce Documents, and Answer Interrogatories), with an accompanying Declaration of Ryan Tyz and multiple exhibits, as well as an administrative motion to file the motion, the declaration, and certain exhibits under seal. The motion to compel was eventually withdrawn, but several issues pertaining to sealing remain unresolved. In response to orders to show cause issued in June 2006, plaintiff withdrew its request to file Exhibit 17 to the Tyz Declaration under seal. Similarly, defendant withdrew its confidentiality designation concerning Exhibits 27 and 43. The parties are therefore ORDERED to file those documents electronically in the public record no later than May 9, 2007.

//

The court also finds good cause to file the May 22 motion to compel and the Tyz Declaration under seal. Redacted versions of those documents have been filed in the public record. The unredacted versions shall be filed under seal.

An order filed contemporaneously with this one grants plaintiff's sealing request with respect to multiple exhibits.

**IT IS SO ORDERED.**

Dated: 5/1/07                                       /s/ Howard R. Lloyd
                                                    HOWARD R. LLOYD
                                                    UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Ann S. Auiler aauiler@whitecase.com

Brandon D. Baum bbaum@mayerbrown.com

Laurie Michelle Charrington lcharrington@gmail.com

Dennis S Corgill dcorgill@mayerbrownrowe.com

Stephen Roger Dartt sdartt@fenwick.com

Darren E. Donnelly ddonnelly@fenwick.com,

Michael A. Duncheon mduncheon@hansonbridgett.com, mless@hansonbridgett.com; CalendarClerk@hansonbridgett.com

Ian N. Feinberg ifeinberg@mayerbrownrowe.com, cpohorski@mayerbrownrowe.com; ericevans@mayerbrownrowe.com

Michael J. Gallagher mgallagher@whitecase.com

J. David Hadden dhadden@fenwick.com

William Healey whealey@mayerbrownrowe.com

Mary Elaine Johnston mejohnston@whitecase.com

Martin F. Majestic MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com

Joshua M. Masur jmasur@mayerbrownrowe.com, ratie@mayerbrownrowe.com; jfdavis@mayerbrownrowe.com

Michael A. Molano mmolano@mayerbrownrowe.com, cpohorski@mayerbrownrowe.com

Lynn H. Pasahow lpasahow@fenwick.com

Alexandra V. Percy apercy@hansonbridgett.com, rcarrillo@hansonbridgett.com; CalendarClerk@hansonbridgett.com; wchan@hansonbridgett.com

Sangeetha M. Raghunathan sraghunathan@fbm.com

William Paul Schuck wps@mjllp.com, dwg@mjllp.com

David Douglas Schumann dschumann@fenwick.com

Roderick M. Thompson rthompson@fbm.com, adugan@fbm.com

Ryan Aftel Tyz rtyz@fenwick.com, icampos@fenwick.com

Jedediah Wakefield jwakefield@fenwick.com, rjones@fenwick.com

Marshall C. Wallace mwallace@reedsmith.com

Counsel are responsible for delivering a copy of this order to co-counsel who have not registered for e-filing.