QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Rachel Smith (Bar No. 222075)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile      (415) 875-6700
Email: davideiseman@quinnemanuel.com
           rachelsmith@quinnemanuel.com

PEPPER HAMILTON LLP
  Laurence Shiekman (*Pro Hac Vice*)
3000 Two Logan Square
Philadelphia, PA  19103
Telephone:    (215) 981-4000
Facsimile:    (215) 981-4750
Email: shiekmanl@pepperlaw.com

  W. Joseph Melnik (*Pro Hac Vice*)
  Willard R. Burns (*Pro Hac Vice*)
  Kathryn M. Kenyon (*Pro Hac Vice*)
500 Grant Street, 50th Floor
Pittsburgh, PA  15219
Telephone:    (412) 454-5000
Facsimile:    (412) 281-0717
Email: melnikj@pepperlaw.com

*E-filed 5/1/07*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION, <br><br> Defendant. | Case No. C 04-CV-04143 JW (HRL) <br><br> **[PROPOSED] ORDER GRANTING CRYPTOGRAPHY RESEARCH, INC.'S REQUEST TO FILE DOCUMENTS TO ITS MOTION TO COMPEL UNDER SEAL** <br><br> **The Honorable Howard R. Lloyd** <br> **United States Magistrate Judge** |

The Court having reviewed CRI's Miscellaneous Administrative Request to File Documents to its Notice of Motion and Motion to Compel Under Seal and the Declaration of Willard R. Burns filed on June 26, 2006, for good cause shown, orders that the following documents be filed under seal:

1. Excerpts of Visa International Operating Regulations, dated November 2005 (Ex. 20);

2. Visa Process for Hardware Architecture Review (Ex. 22);

3. Visa Security Standards for Vendors Manual (Ex. 23);

4. Photo Copies of Sample Smart Cards (Ex. 24);

5. October 31, 2000 Email String (Ex. 25);

6. October 16, 2005 Email String (Ex. 26);

7. Visa Smart Partner Program 2000 (Ex. 29);

8. January 13, 2004 Email (Ex. 42);

9. April 30, 2002 Email String (Ex. 44);

10. VSDC Applet Version Description (Ex. 45);

11. Vendors with VSDC v2.5 Applet (Ex. 46);

12. EMV/VSDC Cryptogram Version 14 (Ex. 47);

13. Communications to Visa Regions (Ex. 48);

14. Communication to Visa Regions Pulling Cryptogram 14 (Ex. 49); and

15. Manufacturer Certification Agreement (Ex. 53).

**IT IS SO ORDERED**:

Dated:  5/1/07

The Honorable Howard R. Lloyd
United States District Judge

[PROPOSED] ORDER GRANTING CRI'S REQUEST TO FILE
DOCUMENTS TO ITS MOTION TO COMPEL UNDER SEAL
Case No. 5:04-CV-04143-JW (HRL)