1  IRELL & MANELLA LLP                                    *E-filed 9/5/07*
   Morgan Chu – mchu@irell.com (70446)
2  Jonathan H. Steinberg – jsteinberg@irell.com (98044)
   Richard E. Lyon – rlyon@irell.com (229288)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:   (310) 277-1010
   Facsimile:    (310) 203-7199
5
   Attorneys for Third Party
6  ATMEL CORPORATION

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 CRYPTOGRAPHY RESEARCH, INC.,        )   CASE NO. C 04-04143 JW (HRL)
                                       )
12               Plaintiff,            )   SECOND STIPULATED
                                       )   SUPPLEMENTAL PROTECTIVE ORDER
13        v.                           )
                                       )
14 VISA INTERNATIONAL SERVICE          )
   ASSOCIATION,                        )
15                                     )
                 Defendant.            )
16                                     )
                                       )
17                                     )
                                       )
18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] STIPULATED SUPPLEMENTAL
PROTECTIVE ORDER
CASE NO. C 04-04143 JW (HRL)

1   Third-Party Atmel Corporation ("Atmel"), Plaintiff Cryptography Research Inc. ("CRI"),

2   and Defendant Visa International Services Association ("Visa"), by and through their respective

3   counsel, hereby stipulate as follows:

4   Disclosure or Discovery Material that is, or has been, produced by Atmel or its counsel or

5   generated by Atmel or its counsel in disclosures to discovery in this matter, is subject to all the

6   provisions in the protective order entered in this case on March 21, 2005 (the "Protective Order")

7   and to the following additional provisions:[1]

8   1.    Disclosure of "Confidential – Export Controlled" Information or Items.  Atmel may

9   designate certain Disclosure or Discovery Material as "Confidential – Export Controlled."  In

10  accordance with section 5.1 of the Protective Order, Atmel will only designate as "Confidential –

11  Export Controlled" material that has been determined to be subject to export controls in

12  accordance with the Export Administration Regulations, 15 C.F.R. 730-744.  Any Disclosure or

13  Discovery Material designated as "Confidential – Export Controlled," or any copy, portion, or

14  copy of portion of any Disclosure or Discovery Material designated as "Confidential – Export

15  Controlled," (a) may not be removed, accessed, taken or allowed to be taken outside the United

16  States, via electronic means or otherwise, and (b) may not be disclosed to: (i) any natural person

17  who is not a citizen, lawful permanent resident or refugee or asylee of the United States, (ii) any

18  entity that is not incorporated in or organized under the laws of the United States, (iii) any

19  international organization, or (iv) any foreign government.  Disclosure or Discovery Material is

20  not limited to one confidentiality designation.  Atmel may designate Disclosure or Discovery

21  Material as "Confidential – Export Controlled" and designate that same Disclosure or Discovery

22  Material as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."  Any Disclosure or

23  Discovery Material bearing multiple confidentiality designations shall be afforded all the

24  protections of each designation that it bears.  The provisions of the Protective Order applicable to

25  other challenges of confidentiality designations shall apply to any designation made by Atmel

26  under that Order or this Stipulated Supplemental Protective Order.

27

28      [1] This document incorporates the Protective Order by reference, and all definitions
provided in Section 2 of the Protective Order likewise apply to this document.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2.     Notwithstanding paragraph 1, Disclosure or Discovery Material designated as "Confidential – Export Controlled," or any copy, portion, or copy of portion of any Disclosure or Discovery Material designated as "Confidential – Export Controlled," may be disclosed to a person who does not meet the criteria listed in section (b)(i) of paragraph 1 above, only if the party intending to make such disclosure (or its counsel) furnishes counsel for Atmel with (1) an export license authorizing the "deemed" export of the material designated as "Confidential – Export Controlled" to that person; or (2) a written certification that the person is a bona fide contractor, intern or employee, within the meaning of section 740.17(b)(1)(ii) of the Export Administration Regulations, 15 C.F.R. section 740.17(b)(1)(ii), of that party or its legal counsel, a United States entity.  Through its counsel, CRI certifies that its expert, Mr. Andy Clark, is a bona fide contractor under section 740.17(b)(1)(ii) of the Export Administration Regulations of a United States entity. CRI (and its attorneys) may therefore provide Disclosure or Discovery Material designated as "Confidential – Export Controlled" to Mr. Clark.

3.     CRI and Visa will provide Atmel no less than seven (7) calendar days written notice prior to filing under seal in a court filing any Disclosure or Discovery Material that Atmel has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."  This notice will include a specific reference by Bates number of every Atmel document to be filed.

4.     CRI and Visa will provide Atmel no less than twenty (20) calendar days written notice before seeking to use any Disclosure or Discovery Material – including the Bates number or other appropriate identifier – that Atmel has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in depositions or other proceeding where the documents will be shown to a witness who is not:

    a)    a present employee, consultant or representative of Atmel;

    b)    a former employee, consultant or representative of Atmel who had access to the document during his or her association with Atmel and who has signed the "Agreement to be bound by Protective Order" attached as Exhibit A to the Protective Order; or

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] STIPULATED SUPPLEMENTAL
PROTECTIVE ORDER
CASE NO. C 04-04143 JW (HRL)                    - 3 -

c)      a witness to be examined concerning an Atmel document, where the document indicates on its face that it was received or communicated to the witness, or if established by testimony of other circumstances that the witness was previously authorized to or did have access to the document, and who has signed the "Agreement to be Bound By Protective Order."

5.      If any Disclosure or Discovery Material that Atmel has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" is used in a deposition, CRI and Visa agree that the portion of the deposition transcript addressing the confidential information will be designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only," and the Party that noticed the deposition will provide Atmel a copy of the deposition transcript at Atmel's cost.

6.      CRI and Visa agree that Atmel is entitled to have its counsel attend any portion of a deposition where any Disclosure or Discovery Material that Atmel has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" is shown to a witness.

7.      CRI and Visa will provide to Atmel a list of all persons to whom CRI and Visa have respectively provided access to Disclosure or Discovery Material that Atmel has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."  If the list of persons changes, CRI and VISA will provide an amended list of persons within thirty (30) days of the change.

8.      CRI and Visa will maintain all copies of any Disclosure or Discovery Material that Atmel has designated as "Highly Confidential – Attorneys' Eyes Only," at the offices of their respective outside counsel of record, except to the extent, and only to the extent, that Disclosure or Discovery Material may accompany attorneys working on this litigation outside of their office, may be provided to vendors for copying, or may be provided to any other person in compliance with section 7.3 of the Protective Order.  Attorneys working on this litigation may transmit to one another electronic copies of any Disclosure or Discovery Material that Atmel has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" only through the secure e-mail systems of the law firms of record and under no circumstances shall such information be transmitted over any unsecured Internet connection.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] STIPULATED SUPPLEMENTAL
PROTECTIVE ORDER
CASE NO. C 04-04143 JW (HRL)                - 4 -

1   **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

2

3   Dated: August 30, 2007                     /s/ Ryan Tyz
                                               Ryan Tyz
4                                              FENWICK & WEST LLP
                                               Attorneys for Plaintiff
5                                              CRYPTOGRAPHY RESEARCH, INC.

6
    Dated: August 30, 2007                     /s/ Joseph Melnik
7                                              Joseph Melnik
                                               MAYER, BROWN, ROWE & MAW LLP
8                                              Attorneys for Defendant
                                               VISA INTERNATIONAL SERVICE
9                                              ASSOCIATION

10
    Dated:  August 30, 2007                    /s/ Richard E. Lyon
11                                             Richard E. Lyon
                                               IRELL & MANELLA LLP
12                                             Attorneys for Third Party
                                               ATMEL CORPORATION
13

14

15          Pursuant to General Order No. 45, Section X, I attest under penalty of perjury that

16   concurrence in the filing of this document has been obtained from Ryan Tyz and Joseph Melnik.

17   Dated:  August 30, 2007                            /s/ Richard E. Lyon

18

19

20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22   Dated:       9/5       , 2007            _____

23                                           THE HONORABLE HOWARD R. LLOYD
                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] STIPULATED SUPPLEMENTAL
PROTECTIVE ORDER
CASE NO. C 04-04143 JW (HRL)                          - 5 -