**United States District Court**
For the Northern District of California

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                              SAN JOSE DIVISION
7   Cryptography Research, Inc.,                    NO. C 04-04143 JW
8                                                   **ORDER REQUIRING THE PARTIES TO**
                     Plaintiff,                     **MEET AND CONFER AND SUBMIT A**
9                                                   **SUPPLEMENTAL JOINT CLAIM**
                     v.                             **CONSTRUCTION CHART AND BRIEFS**
10                                                  **REGARDING ANY REMAINING CLAIM**
    Visa International Service Assoc., et al.,       **CONSTRUCTION DISPUTES**
11
                     Defendant.
12   _____/
13         The Court has issued four Claim Construction Orders construing terms in the following

14   patents:  '661, '783, '442, and '092.  The parties have requested construction of disputed terms in

15   the following patents, which remain in dispute:  '658, '699, '518, and '884.  The Court finds it

16   advisable to require the parties to review the Joint Claim Construction Chart in light of the issued

17   Orders and to submit a Supplemental Chart.  The Supplemental Chart and accompanying

18   memoranda of law must list any remaining disputed claim terms, state any relationship between an

19   outstanding disputed term and a term which has been construed by the Court and describe why the

20   term should or should not remain in dispute.  The Court regards the request for further construction

21   as withdrawn, pending submission of Supplemental Chart.

22         Accordingly, it is hereby ordered, that on or before **October 29, 2007** the parties meet and

23   confer and file a Supplemental Joint Claim Construction Chart in accordance with this Order.  The

24   Court continues the Further Case Management Conference presently scheduled for October 22, 2007

25   to **November 5, 2007 at 10 AM.**

26

27   Dated: October 16, 2007                        _____
                                                    JAMES WARE
28                                                  United States District Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alexandra V. Percy apercy@hansonbridgett.com
   Ann S. Auiler aauiler@whitecase.com
3  Brandon D. Baum bbaum@mayerbrown.com
   Darren E. Donnelly ddonnelly@fenwick.com
4  David Douglas Schumann dschumann@fenwick.com
   Dennis S Corgill dcorgill@mayerbrownrowe.com
5  Ian N. Feinberg ifeinberg@mayerbrownrowe.com
   J. David Hadden dhadden@fenwick.com
6  Jedediah Wakefield jwakefield@fenwick.com
   Joshua M. Masur jmasur@mayerbrownrowe.com
7  Laurie Michelle Charrington lcharrington@gmail.com
   Lynn H. Pasahow lpasahow@fenwick.com
8  Marshall C. Wallace mwallace@reedsmith.com
   Martin F. Majestic Mmajestic@hansonbridgett.com
9  Mary Elaine Johnston mejohnston@whitecase.com
   Michael A. Duncheon mduncheon@hansonbridgett.com
10 Michael A. Molano mmolano@mayerbrownrowe.com
   Michael J. Gallagher mgallagher@whitecase.com
11 Roderick M. Thompson rthompson@fbm.com
   Ryan Aftel Tyz rtyz@fenwick.com
12 Sangeetha M. Raghunathan sraghunathan@fbm.com
   Stephen Roger Dartt sdartt@fenwick.com
13 William Healey whealey@mayerbrownrowe.com
   William Paul Schuck wps@mjllp.com

14

15 **Dated: October 16, 2007**                    **Richard W. Wieking, Clerk**

16

17                                                **By:   /s/ JW Chambers**
                                                 **Elizabeth Garcia**
18                                               **Courtroom Deputy**

19

20

21

22

23

24

25

26

27

28
                                        2