1 | **Counsel Listed on Signature Page**  *E-filed 10/16/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. C 04-04143 JW (HRL) |
| Plaintiff, | **STIPULATION AND ORDER REGARDING ADDITIONAL INTERROGATORIES** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant, | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Counterclaimant, | |
| v. | |
| CRYPTOGRAPHY RESEARCH, INC., | |
| Counterdefendant. | |

1  Defendant Visa International Service Association ("Visa International") and Plaintiff
2  Cryptography Research, Inc. ("CRI") stipulate as follows:
3     1. Each party shall be granted an additional twenty-five (25) interrogatories, for a total of
4  fifty (50).

## [PROPOSED] ORDER

6  Each party shall be granted an additional twenty-five (25) interrogatories, for a total of
7  fifty (50).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/07

THE HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Submitted: October 15, 2007

| For Plaintiff/Counterclaim Defendant | For Defendant/Counterclaimant |
| --- | --- |
| CRYPTOGRAPHY RESEARCH, INC. | VISA INTERNATIONAL SERVICE ASSOCIATION |

/s/Jedediah Wakefield
    Jedediah Wakefield
FENWICK & WEST LLP

LYNN H. PASAHOW (CSB No. 054283)
  lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
  dhadden@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
  jwakefield@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
  ddonnelly@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
  dschumann@fenwick.com
RYAN A. TYZ (CSB No. 234895)
  rtyz@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

/s/Ian Feinberg
    Ian N. Feinberg
MAYER BROWN LLP

IAN N. FEINBERG (SBN 88324)
  ifeinberg@mayerbrownrowe.com
BRANDON BAUM (SBN 121318)
  bbaum@mayerbrownrowe.com
MICHAEL A. MOLANO (SBN 171057)
  mmolano@mayerbrownrowe.com
JOSHUA M. MASUR (SBN 203510)
  jmasur@mayerbrownrowe.com
ERIC B. EVANS (SBN 232476)
  eevans@mayerbrownrowe.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*