# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Judge:** James Ware      **Courtroom Deputy:** Elizabeth Garcia
**Date:** 1/15/2008      **Court Reporter:** Irene Rodriguez
**Case No:** C-04-04143 JW      **Interpreter:** N/A

## TITLE

**Cryptography Research Inc v. Visa International Service Assoc.**

**Attorney(s) for Plaintiff(s)**: Darren Donnelly, Ryan Tyz, Jedediah Wakefield, Dave Hadden, Joseph Yang, Kit Rodgers
**Attorney(s) for Defendant(s)**: Ian Feinberg, Joseph Melnik, Brandon Braum, Eric Evans

## PROCEEDINGS

1. Defendant's Motion for Judgment on the Pleadings on Counts 12 and 13 of the SAC
2. Plaintiff's Motion to Bifurcate Trial and Stay Discovery
3. Case Management Conference

## ORDER AFTER HEARING

Hearing Held. The Court took the motions under submission after oral argument. The Court to issue further Order on motions and further scheduling dates.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: