NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC, | Case No. C04-04143 JW (HRL) |
| Plaintiff, | |
| v. | **SUPPLEMENTAL ORDER ON DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS** |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | Re: Docket Nos. 371 and 372 |

Cryptography Research, Inc. ("CRI") sues Visa International Service Association ("Visa") for patent infringement, breach of contract, and misrepresentation. Visa recently moved to compel production of certain discovery from CRI. The motion was granted in part.[1] The order on that motion required production of documents pertaining to a third party licensing agreement. However, because the subject material contained sensitive information, the parties were ordered to draft a supplemental protective order.

Now that a supplemental order is in place, CRI shall produce the information described in this court's previous order **by March 12, 2008**.

**IT IS SO ORDERED.**

Dated: 2/25/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Order on Motion to Compel, 2/7/08 [Docket No. 429].

**United States District Court**
For the Northern District of California

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE MAILED TO:

Brandon D. Baum bbaum@mayerbrown.com
Laurie Michelle Charrington lcharrington@daycasebeer.com
Dennis S Corgill dcorgill@gmail.com
Stephen Roger Dartt sdartt@fenwick.com
Thomas HR Denver tdenver@mediationmasters.com
Joshua David Dick jdick@whitecase.com
Darren E. Donnelly ddonnelly@fenwick.com, emancera@fenwick.com
Michael A. Duncheon mduncheon@hansonbridgett.com, CalendarClerk@hansonbridgett.com, mless@hansonbridgett.com
Eric Evans eevans@mayerbrownrowe.com
Ian N. Feinberg ifeinberg@mayerbrown.com, cpohorski@mayerbrownrowe.com, ericevans@mayerbrownrowe.com
Michael J. Gallagher mgallagher@whitecase.com, hmurdock@whitecase.com, mco@whitecase.com, ogierke@whitecase.com
J. David Hadden dhadden@fenwick.com
William Joseph Healey invalidaddress@invalidaddress.com
Mary Elaine Johnston mejohnston@whitecase.com
Erin Catherine Jones ejones@fenwick.com
Richard Elgar Lyon , III rlyon@irell.com, CMcEntee@irell.com, ewong@irell.com, jgordon@irell.com, rick.lyon@gmail.com
Martin Frank Majestic MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com
Joshua Michael Masur jmasur@mayerbrown.com
Kevin G. McBride kgmcbride@jonesday.com, ctartalone@jonesday.com
W. Joseph Melnik jmelnik@mayerbrownrowe.com, jazevedojr@mayerbrown.com, jwilkinson@mayerbrownrowe.com
Michael A. Molano mmolano@mayerbrownrowe.com, cpohorski@mayerbrownrowe.com
Marsha Ellen Mullin memullin@jonesday.com, ccwong@jonesday.com
Lynn Harold Pasahow lpasahow@fenwick.com, tchow@fenwick.com
Alexandra V. Percy apercy@hansonbridgett.com, CalendarClerk@hansonbridgett.com, rcarrillo@hansonbridgett.com, wchan@hansonbridgett.com
William Paul Schuck wpschuck@schiffhardin.com, dwg@mjllp.com
David Douglas Schumann dschumann@fenwick.com, calvin@fenwick.com
Saina Sason Shamilov sshamilov@fenwick.com, vschmitt@fenwick.com
Roderick Manley Thompson rthompson@fbm.com, adugan@fbm.com, calendar@fbm.com
Ryan Aftel Tyz rtyz@fenwick.com, icampos@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com, rjones@fenwick.com
Marshall C. Wallace mwallace@reedsmith.com
Howard Marc Wettan hwettan@whitecase.com

Elizabeth S. Campbell
3000 Two Logan Square
Eighteenth and Arch Street
Philadelphia, PA 19103-2799

Joseph Helmsen
500 Grant Street, 50th Floor
Pittsburgh, PA 15219

Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.

Dated: 2/25/08    /s/    KRO
                  Chambers of Magistrate Judge Howard R. Lloyd