1 | **Counsel Listed on Signature Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. CV 04-4143-JW (HRL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING VISA INTERNATIONAL'S TIME IN WHICH TO RESPOND TO CRI'S THIRD AMENDED COMPLAINT |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Counterclaimant | |
| v. | |
| CRYPTOGRAPHY RESEARCH, INC. | |
| Counterdefendant | |

-2-

Defendant Visa International Service Association ("Visa International") and Plaintiff Cryptography Research, Inc. ("CRI") stipulate as follows:

1. Whereas, CRI filed its Third Amended Complaint on Friday, March 14, 2008; and

2. Whereas, pursuant to Rule 15(a)(3), Visa International's response was due on March 28, 2008; and

3. Whereas, CRI has agreed to a 20-day extension in the time in which Visa International may respond;

4. It is hereby stipulated and agreed that Visa International's response to CRI's Third Amended Complaint is due on Thursday, April 17, 2008.

## [PROPOSED] ORDER

Visa International shall be granted an additional 20 days in which to respond to CRI's Third Amended Complaint, which shall now be due on or before April 17, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 28, 2008

*/s/ James Ware*
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

[party signatures appear on following page]

| | |
|---|---|
| 1 | Submitted: March 20, 2008 |
| 2 | For Plaintiff/Counterclaim Defendant<br>CRYPTOGRAPHY RESEARCH, INC. |
| 3 | |
| 4 | /s/ Jedediah Wakefield<br>    Jedediah Wakefeld |
| 5 | FENWICK & WEST LLP |

For Plaintiff/Counterclaim Defendant
CRYPTOGRAPHY RESEARCH, INC.

/s/ Jedediah Wakefield
      Jedediah Wakefeld
FENWICK & WEST LLP

LYNN H. PASAHOW (CSB No. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
ddonnelly@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
dschumann@fenwick.com
RYAN A. TYZ (CSB No. 234895)
rtyz@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

For Defendant/Counterclaimant
VISA INTERNATIONAL SERVICE ASSOCIATION

/s/ Ian Feinberg
      Ian N. Feinberg
MAYER BROWN LLP

IAN N. FEINBERG (SBN 88324)
ifeinberg@mayerbrown.com
BRANDON BAUM (SBN 121318)
bbaum@mayerbrown.com
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
JOSEPH MELNIK (admitted *pro hac vice*)
jmelnik@mayerbrown.com
JOSHUA M. MASUR (SBN 203510)
jmasur@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
CLIFF A. MAIER (SBN 248858)
cmaier@mayerbrown.com

MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
Attorneys for Defendant

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*