REGINALD STEER (SBN 56324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:      415-765-9501

Attorneys for Non-Party
Inside Contactless Corp.

*IT IS SO ORDERED*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No. C.-04-04143 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO FILE OBJECTION TO RECOMMENDED DISCOVERY ORDER NO. 3** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | |

1    Plaintiff Cryptography Research, Inc. ("CRI") and non-party Inside Contactless Corp. ("ICC")
hereby stipulate and agree, by and through their undersigned counsel, as follows:

   WHEREAS, this is an action brought against Visa International Services Association ("VISA")
by CRI;

   WHEREAS, the Court appointed Special Master Tom Denver to preside over discovery disputes
in this action and recommend the disposition of any matter heard by him;

   WHEREAS, the Court order appointing Mr. Denver provides that the parties shall have ten (10)
days from the date a recommendation is filed to file any objections thereto;

   WHEREAS, on May 19, 2008, Mr. Denver issued Recommended Discovery Order No. 3 (the
"Order") granting CRI's motion to compel non-party ICC and, pursuant to the parties' agreement,
recommending that the parties be allowed 15 days to object and respond;

   WHEREAS, the Order was not served upon ICC until May 29, 2008;

   IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and between the
undersigned that:

   1.   ICC may file objections to the Order on or before June 9, 2008.

   2.   CRI may file its response to ICC's objections within ten (10) days from the date ICC files
its objection.


Dated: June 3, 2008              AKIN GUMP STRAUSS HAUER & FELD LLP
                                 Reginald Steer
                                 Maria Ellinikos
                                 Andrew Cho


                                 By    /s/ Maria Ellinikos
                                       Maria Ellinikos
                                 Attorneys for Non-Party Inside Contactless Corp.


Dated: June 3, 2008              FENWICK & WEST LLP
                                 Ryan Tyz


                                 By    /s/ Ryan Tyz
                                       Ryan Tyz

1

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO FILE OBJECTION TO
RECOMMENDED DISCOVERY ORDER NO. 3
CV-04-04143 JW

Attorneys for Cryptography Research, Inc.

**ORDER**

IT IS HEREBY ORDERED, PURSUANT TO THE STIPULATION OF THE PARTIES, AS FOLLOWS:

1. ICC may file objections to the Order on or before June 9, 2008.
2. CRI may file its response to ICC's objections within ten (10) days from the date ICC files its objection.

**IT SO ORDERED.**

Dated: ____June 6, 2008____

_____
The Honorable James Ware
United States District Judge