

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYPTOGRAPHY RESEARCH, INC., | Case No.  04-04143 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Defendant. | |

    The Court finds good cause to continue the Preliminary Pretrial Conference currently set for September 15, 2008.  The Court continues the conference to **October 6, 2008 at 11 a.m.**  On or before **September 26, 2008**, the parties shall file a Joint Preliminary Pretrial Conference Statement.

Dated:  September 10, 2008

                                                       JAMES WARE
                                                     United States District Judge